UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-80688-ROSENBERG/REINHART

Brian Israelson, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

Enhanced Recovery Company d/b/a ERC and John Does 1-25,

        Defendant.

**DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Defendant, Enhanced Recovery Company, LLC ("Defendant"), hereby submits the following Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant, Enhanced Recovery Company, LLC, is a limited liability company organized under the laws of Delaware and is wholly owned by ERC Holdings, LLC. There is not a publicly traded company that owns 10 percent or more of Defendant's stock.

Respectfully submitted this 26th day of July, 2018.

        *s/ Kevin M. Vannatta*
        KEVIN M. VANNATTA, ESQ.
        Lewis Brisbois Bisgaard & Smith LLP
        *Attorneys for Defendant Enhanced Recovery Company*
        110 SE 6th Street, Suite 2600
        Fort Lauderdale, FL 33301
        Telephone:    954.728.1280
        Facsimile:     954.728.1282
        Florida Bar Number: 872946

CASE NO. 9:18-cv-80688-RLR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kevin M. Vannatta*
KEVIN M. VANNATTA, ESQ.
Lewis Brisbois Bisgaard & Smith LLP
*Attorneys for Defendant Enhanced Recovery Company*
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone:    954.728.1280
Facsimile:     954.728.1282
Florida Bar Number: 872946

CASE NO. 9:18-cv-80688-RLR

## **SERVICE LIST**

Justin E. Zeig, Esq.
Zeig Law Firm, LLC
*Attorneys for Plaintiff*
3475 Sheridan Street
Suite 310
Hollywood, FL 33021
E-Service: Justin@zeiglawfirm.com

4817.4603.9662